In the Matter of FRANCISCO TIRADO, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent.

Submitted March 27, 2017; decided May 9, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from denying the motion to vacate the dismissal of the proceeding does not finally determine the proceeding within the meaning of the Constitution.